# United States Court of Appeals

## For the First Circuit

No. 02-2359

OLGA GAYDAR; OLEKSANDR STEPANOV,
Plaintiffs, Appellees,

v.

SOCIEDAD INSTITUTO GINECO-QUIRURGICO Y PLANIFICACION FAMILIAR
d/b/a CLINICA GINECO-QUIRURGICA; HECTOR E. ORTIZ-PEREZ;
IRIS MALDONADO; CONJUGAL PARTNERSHIP ORTIZ-MALDONADO;
SINDICATO DE ASEGURADORES PARA LA SUSCRIPCION CONJUNTA DE SEGURO
DE RESPONSABILIDAD MEDICO-HOSPITALARIA ("SIMED"),
Defendants, Appellants.

ERRATA SHEET

The opinion of this Court issued on September 29, 2003 is amended as follows:

On page 1 replace <u>Guillermo Mancari</u>, with <u>Guillermo Macari</u>.